IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM J. WEBB JR., | § | |
| | § | No. 341, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1902015015 (N) |
| STATE OF DELAWARE, | § | 1904001943 (N) |
| | § | 1906000296 (N) |
| Appellee. | § | |

Submitted: March 9, 2026
Decided: March 16, 2026

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)     On August 6, 2025, the appellant, William Webb Jr., filed a notice of appeal from the Superior Court's July 11, 2025 order denying his motion for postconviction relief.  On August 28, the Court issued a briefing schedule directing Webb to file his opening brief and appendix by September 29.  On September 30, the Court, *sua sponte*, extended that deadline to October 10.  On October 14, Webb asked the Court to extend the deadline to December 24, a request that the Court granted.  On December 30, the Chief Deputy Clerk issued a notice of brief deficiency because Webb had not filed his opening brief by the new December 24 deadline.

Instead of filing his opening brief, Webb sought a 45-day extension to file his brief. The Court granted the request and set a new deadline set for February 9, 2026. The Court noted that no further extensions would be granted.

(2) On February 11, the Chief Deputy Clerk issued a notice of brief deficiency because Webb had not filed his opening brief by the new February 9 deadline. Webb did not respond. On February 26, the Chief Deputy Clerk sent a notice directing Webb to show cause why this appeal should not be dismissed for his failure to diligently prosecute his appeal by filing his opening brief and appendix.

(3) In his response to the notice to show cause, Webb claims, among other things, that he is not required to file an opening brief under the Court's rules. Not so. Webb filed the appeal in this Court, and it is his duty to diligently prosecute it by filing an opening brief.[1] Webb has not established good cause for his failure to file an opening brief, and the appeal must therefore be dismissed.

NOW, THEREFORE, IT IS HEREBY ORDERED that the appeal is DISMISSED under Supreme Court Rule 29(b).

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *Proctor v. Ranger Ins. Co.*, 2002 WL 31883047, at *1 (Del. Dec. 27, 2002) (dismissing an appeal, over the appellant's objection, for the appellant's failure to file an opening brief); *see* Del. Supr. Ct. R. 14(b)(vi)A.(3) ("The merits of any argument that is not raised in the body of the opening brief shall be deemed waived and will not be considered by the Court on appeal.").

2